UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:08-21465-CIV-MARTINEZ-WHITE**

EVERETT OLIVER,
     Petitioner,

vs.

WALTER A. MCNEIL,
     Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT
### AND CLOSING CASE

     THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate

Judge for a Report on Petitioner's pro se petition for writ of habeas corpus filed pursuant to 28

U.S.C. § 2254.  Magistrate Judge White filed a Report, recommending that Petitioner's petition

be dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for want of jurisdiction and in

the alternative, that the petition be denied. The Court has reviewed the entire file and record and

notes that no objections have been filed.  After careful consideration, it is hereby:

     **ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 9)**  is

**AFFIRMED** and **ADOPTED**.  Accordingly, it is

     **ADJUDGED** that

     1.    Petitioner's petition for writ of habeas corpus is dismissed with prejudice pursuant

to Federal Rule of Civil Procedure 12(h)(3) and in the alternative, the petition is denied.

     2.    This Case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

     DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2009.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Everett Oliver